IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                   ORDER

                    Plaintiff,

                                                                  99-cr-43-bbc

    v.

MICHAEL SIEGLER,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Michael Siegler has filed a document he entitles Petition for Redress of Grievance-First Amendment to the United States Constitution. Despite the title that defendant gives to his motion, it is clear that it is a challenge to his federal conviction in case number 99-cr-43-bbc-01.

      Defendant filed an earlier motion to vacate his sentence under 28 U.S.C. § 2255. That motion was denied because it had been filed too late to be considered by the court. His petition for redress of grievance is even more untimely. Therefore, this court cannot give it any consideration.

ORDER

IT IS ORDERED that defendant Michael Siegler's petition for redress of grievance is DENIED as an untimely challenge to his 1999 conviction in this court.

Entered this 3d day of June, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge